BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR-00113-OWW |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JAVIER CRUZ, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Javier Cruz it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 982 and Fed. R. Crim. P. 32.2(b)(1), defendant Javier Cruz's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Approximately $6,640.00 in U.S. Currency, and

    b. A personal forfeiture money judgment in the amount of $11,500.00.

2. Asset (a) above constitutes property real or personal, involved in or traceable to a violation of 18 U.S.C. § 371. Asset (b) above reflects a reasonable compromise between the

PRELIMINARY ORDER OF FORFEITURE     1

parties for forfeiture purposes concerning property involved in the violation of 18 U.S.C. § 1956.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 982 incorporating 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982 and Fed. R. Crim.

1  P. 32.2(b)(1), in which all interests will be addressed.
2  IT IS SO ORDERED.
3  **Dated:   September 8, 2011**               /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE