ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
JAVIER CRUZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:10-CR-0113 AWI |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SENTENCING AND ORDER |
| JAVIER CRUZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** between Defendant JAVIER CRUZ, by and through his attorney, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney Kathleen Servatius, that the Sentencing set for Monday, October 17, 2011 at 9:00 a.m. be continued to Monday, November 7, 2011 at 11:00 a.m. for the Defendant to be debriefed for *Safety Valve* purposes.

**IT IS FURTHER STIPULATED** that any delay resulting from this continuance shall be excluded on the following basis:

1. 18 U.S.C. 3161(h)(7)(A): that the *ends of justice* served by taking such action outweighs the public's and Defendant's interest in a Speedy Trial.

```
                                        Respectfully submitted,
DATED: October 13, 2011

                                        /s/Anthony P. Capozzi

                                        Anthony P. Capozzi
                                        Attorney for,
                                        JAVIER CRUZ

DATED: October 13, 2011

                                        /s/Kathleen Servatius

                                        Kathleen Servatius
                                        Attorney for,
                                        UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAVIER CRUZ,<br><br>Defendant. | ) Case No.: 1:10-CR-0113 AWI<br>)<br>)<br>)<br>) ORDER<br>)<br>)<br>)<br>) Hon. Anthony W. Ishii |

Upon review of the Stipulation to Continue Sentencing, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Sentencing now set for Monday, October 17, 2011 at 9:00 a.m. be vacated and rescheduled to be held on November 7, 2011 at 11:00 a.m.

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. 3161(h)(7)(A), the *ends of justice* served by taking such action outweighs the public's and Defendant's interest in a Speedy Trial.

IT IS SO ORDERED.

Dated: October 14, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE